THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM ZEMPSKER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V., Respondent, v. CENTRAL HANOVER BANK & TRUST COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V., Respondent, v. THE COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KONINKLIJKE LEDERFABRIEK " OISTERWIJK " N. V., Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [177 Misc. 186.]

DRY DOCK SAVINGS INSTITUTION, Appellant, v. THE CITY OF NEW YORK, Defendant, Impleaded with WILLIAM F. CHATLOS, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with leave to the plaintiff to serve a supplemental complaint within twenty days after service of order, such supplemental complaint to be in place of the former pleading. (Civ. Prac. Act, § 245.) No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ESTHER HELLER and Others, Respondents, and MINNIE MANDELKER, Intervenor, Respondent, v. RICHARD J. BOYLAN and Others, Respondents, and J. K. FLETCHER and Others, Defendants, and HERMAN FINKELSTEIN, Intervenor Appearing Specially, and Others, Appellants. (Consolidated Appeals.) — Order unanimously affirmed, with costs and disbursements to defendants, respondents, and plaintiffs, respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), as Trustee under an Agreement Dated January 7, 1918, Made by WILLIS TRACY HANSON, v. WILLIS TRACY HANSON, JR., and Others, Impleaded with GEORGE FULFORD HANSON, JR., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Cohn and Callahan, JJ.